IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.D.,                ) <br>                ) <br>     Plaintiff,    ) <br>                ) <br> v.                 ) <br>                ) <br> LINCOLN HOTELS, LLC; LINCOLN   ) <br> HOSPITALITY GROUP, LLC; DAYS   ) <br> INNS WORLDWIDE, INC.; and    ) <br> WYNDHAM HOTELS & RESORTS,   ) <br> INC.,              ) <br>                ) <br>     Defendants.   ) | CIVIL ACTION FILE <br> NO. 1:20-CV-3335-MHC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate that this lawsuit and all the claims therein are dismissed

with prejudice pursuant to Federal Rule of Civil Procedure 41(a). As between

Plaintiff and the Defendants, each side will bear their own costs.

This 23rd day of May, 2022.

*[signatures on following pages].*

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Peter A. Law
Georgia Bar No. 439655
E. Michael Moran
Georgia Bar No. 521602
Denise D. Hoying
Georgia Bar No. 236494
*Attorneys for Plaintiff*

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
Phone: (404) 814-3700
Facsimile: (404) 842-7710
Pete@lawmoran.com
Mike@lawmoran.com
Denise@lawmoran.com

**ANDERSEN, TATE & CARR, P.C.**

*/s/ Patrick J. McDonough*
Patrick J. McDonough
Georgia Bar No. 489855
Jonathan S. Tonge
Georgia Bar No. 303999
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900
Facsimile: (770) 822-9680
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com

2

**HAWKINS PARNELL & YOUNG LLP**

*/s/ Christian J. Lang*
David C. Marshall
Georgia Bar No. 471512
Christian J. Lang
Georgia Bar No. 435437
*Attorneys for Defendants Lincoln Hotels, LLC and Lincoln Hospitality Group, LLC*

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
Phone: (404) 614-7400
Facsimile: (404) 614-7500
dmarshall@hpylaw.com
clang@hpylaw.com

**DLA PIPER LLP (US)**

*/s/ Christopher Campbell*
Christopher Campbell
Georgia Bar No. 789533
Emily B. Marshall
Georgia Bar No. 131072
David S. Sager (admitted pro hac vice)
Melissa Reinckens (admitted pro hac vice)
Christopher B. Donovan (admitted pro hac vice)
*Attorneys for Defendants Days Inn Worldwide, Inc. and Wyndham Hotels & Resorts, Inc.*

1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450
Phone: (404) 736-7800
Facsimile: (404) 682-7800
emily.marshall@dlapiper.com
David.Sager@dlapiper.com

3

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that the foregoing ***Stipulation of Dismissal*** has been prepared with one of the font and point selections approved by the Court in L.R. 5.1. Specifically, the above-mentioned pleading was prepared using Times New Roman font of 14 point size.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.D., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION FILE |
| | )   NO. 1:20-CV-3335-MHC |
| LINCOLN HOTELS, LLC; LINCOLN | ) |
| HOSPITALITY GROUP, LLC; DAYS | ) |
| INNS WORLDWIDE, INC.; and | ) |
| WYNDHAM HOTELS & RESORTS, | ) |
| INC., | ) |
| | ) |
|     Defendants. | ) |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the

foregoing ***Stipulation of Dismissal*** with the Clerk of Court using the CM/ECF

system which will automatically send email notification of such filing to:

David C. Marshall
Christian J. Lang
Hawkins Parnell & Young LLP
4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, Georgia 30308

Christopher Campbell
Emily B. Marshall
DLA Piper LLP (US)
1201 W Peachtree Street Suite 2800
Atlanta, GA 30309

David S. Sager
DLA Piper LLP (US)
51 John F. Kennedy Parkway Ste 120
Short Hills, New Jersey 07078-2704

Melissa A. Reinckens
DLA Piper LLP (US)
401 B Street Suite 1700
San Diego, California 92101-4297

5

Christopher B. Donovan
DLA Piper LLP (US)
1000 Louisiana Street Suite 2800
Houston, Texas 77002-5005

This 23rd day of May, 2022.

Respectfully submitted,

**LAW & MORAN**

*/s/ Denise D. Hoying*
Denise D. Hoying
Georgia Bar No. 236494
Attorney for Plaintiff

563 Spring Street
Atlanta, Georgia 30308
(404) 814-3700